In the Matter of the Judicial Settlement of the Account of Helena Gross, as Administratrix, etc., of Julius Gross, Deceased.— Motion denied on con-

---

* Ct. App. Rules, Admission Attys., etc., rule 5.— [REP.

dition that appellant perfect the appeal, place the case on the January calendar, 1916, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.